23 GROSS JARS, MORE OR LESS, OF EN-CA CREAM, etc. v. UNITED STATES of America.

No. 11109.

United States Court of Appeals
Sixth Circuit.

May 31, 1950.

Gottfried, Ginsberg & Guren, Cleveland, Ohio, for appellants.

Don C. Miller, and William C. Graves, Cleveland, Ohio, for appellee.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to motion of appellant. D.C., 86 F.Supp. 824.